# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 25, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128283 & (61)(62)

MARCIA VAN TIL,
       Plaintiff-Appellant,

v

ENVIRONMENTAL RESOURCES
MANAGEMENT, INC.,
       Defendant-Appellee.

SC: 128283
COA: 250539
Ottawa CC: 02-042717-NO

_____/

     On order of the Court, the Clerk of the Court having received a Notice of Death of the plaintiff, and no motion for substitution having been received within 91 days after filing and service of the notice, defendant's motion to dismiss is GRANTED. MCR 2.202(A)(1)(b).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 25, 2006

_____
Clerk

d0821